# The Nazi Lebensborn Program for the Reproduction of the Aryan Race and the Utah Mormons Master Race Eugenics Program

## The Nazis destroyed the sexuality of the European Germanic women

In World War II, Germany forced women to undergo the most horrendous sexual panic cure ever conceived. In their efforts to destroy family values, the Nazis forced all the German women whom they considered racially pure to serve the Third Reich in two ways:

The first group was selected through careful consideration of their genetically qualities in the pseudo-science of Eugenics that they invented. These women would give birth to perfect Aryan children who would augment the population of Germany. The children would not belong to their mothers; they were donated to the breeding centers of the Lebensborn Program.

When the Allied Forces bombarded Germany, they discovered hundreds of Aryan babies abandoned in the premises of the Lebensborn Programs that had been discretely located in areas of today's Poland, Germany and Scandinavia. Although those children were rescued by the Allied Forces, the location of their mothers was difficult to trace.

## The Nazi Brothels

Another group of German women assigned to serve the sexual needs of the Nazi soldiers in the military brothels. These women were not selected for human reproduction. They had to be sterilized.
The women became part of the Post-WWII European problem with Negative Population Growth (NPG) that caused the current disruption by indiscriminate refugees who come to rape and kill the European women under an unstable refugee program created by Merkel, a self-hating Communist.

ART & CULTURE – *amravin de schur* © SABAM 2020

## Frida from ABBA

**The famous singer was one Lebensborn Child**

In public interviews ABBA singer has explained how she survived the scorn of children who were born from Norwegian mothers to Nazi fathers in the Lebensborn Program: Her mother gave her in adoption to Swedish parents. In this way Frida did not have to suffer the horrors that were inflicted upon the children of Lebensborn when the Nazis lost the war and left those children abandoned in Norway.

**Lebensborn children were abused in Norway**

Norwegians were not proud of having to raise the Lebensborn children abandoned by the Nazis in Norway. The children were sent to shelters where they were sexually abused by the child caring personnel. They had to suffer, because Norwegians saw in those kids a shame and defeat to the Nazis. Their mothers were treated as sluts. Their stories today are quite similar to those of survivors of Polygamy in Utah.



## ABBA related to the Nazi Sex Program

Frida, Singer of Swedish music group ABBA, is a child born from the Lebensborn Program in Norway. At the end of WWII, her mother gave her in adoption to a loving family in Sweden.



# The Nazi Lebensborn Program for the Reproduction of the Aryan Race and the Utah Mormons Master Race Eugenics Program

Art and Culture — Amravín de Schur © German Studies  2022

**The causes of the Lebensborn Nazi Program are similar to the reasons for the inception of Polygamy in Utah. The two genetic experiments had some differences.**

**Utah Polygamy: now a decriminalized Crime Against Humanity**

While the Nazis went all over Europe to use the women they defined as Aryan for the Lebensborn sex Program, the Mormons inbred in concealed circles.

**Fumarate Aciduria, etc.**

By using their relatives and minor girls to reproduce the race, the Mormons generated multiple genetic dysfunctions, now registered by the National Association Of Genetics.

**The inclusion of new races in Utah done amidst lies**

The Mormons changed their racist ideology against Blacks, but they still omit informing new comers of the risks implied in miscegenation with descendants of the inbreeders.

**Defective Babies silently killed at birth in Utah**

In some rural areas of the state, genetically defective babies are killed at birth. Online publications exposing the situation are kept silently off the public eye.



**The Nazis did not inbreed**

## Many Nazis gave their daughters to Polygamy in Utah



After WWII the Nazis arrived to Utah as members of the LDS Church.  One such cases has been exposed in which the father gave his three daughters as second or third wives in polygamy after arriving to Utah as members of the LDS church.

The consequences of the utilization of women in such blatant theocratical forms of mystical white supremacy and mystical eugenics are seen in today's poor culture and high rates of suicides in the State Of Utah.



## Historic Timeline

The Nazi Lebensborn Program for the reproduction of the Aryan Race started in 1935 and ended with Germany's defeat at the end of WWII. The Mormons' polygamists married and had sex with their own sisters; they started in 1835 and it is still ongoing in practice (FLDS) and in doctrine (FLDS/LDS), with subjects bouncing freely among the two groups.

**Jesus Christ did not command Polygamy or inbreeding— The Mormons remain mystical eugenicists and sex predators and they don't apologize for their delinquent history.**

# The Nazi Lebensborn Program for the Reproduction of the Aryan Race and the Utah Mormons Master Race Eugenics Program

Art and Culture — Amravín de Schur © German Studies 2022

In Germany, i used to receive visits of loving young men, missionaries of the Mormon church, who came to decompress in my home. I stuffed them with meats and Coca Cola, for which they were grateful, and we spent awesome hours playing with children and laughing. They threw my kids on the water bed and the children had fun. Several times I was exposed to one or another missionaries who became increasingly depressed.

We sat down and spoke about their problem. The missionary told that he was not happy and wanted to go back home. "This lifestyle is not for me," he said. And I saw those young men returning home before the ending of their missions. The truth is that the missionaries do not fall on soft pillows when they arrive to cultures where the cult is no longer respected by the public.

In several occasions I walked on the streets with two or four missionaries. The German people looked down to us without respect. The history of the Mormons was too well known. Once I arrived to the United States, those same missionaries pretended not to know me.

## The Lebensborn Nazi Program vs. U.S. Mormons Inbreeding

One thing that Americans haven't yet understood is that in Germany, the Mormons have been demystified through the Denazification programs that were very intensive after the war. A German genetic program very similar to the Mormons' proliferation for the reproduction of the Master Race in the United States was the Lebensborn Nazi Program for the Reproduction of the Aryan Race.

The SS developed a genetic program that selected women with blue eyes and blonde hair, of pre selected phenotypical measures, to become the sluts of the Reich. These women were impregnated with Nazi Sperm to reproduce Aryan babies that ended up being raised in secret locations, brainwashed under the notions of the Reich as the babies' father and Germany as their mother. The children had no contact with their real mothers. After inseminating the women of Lebensborn with the Nazi Sperm, the SS officials did not meet the inseminated women again.

The discrimination of women, treating them as sluts for the Reich was also visible in the German Prostitution Centers, where women whose genetics were not as good were sent not to reproduce the Aryan Race, but to satisfy the sexual demands of the Nazi soldiers. Sex was a huge thing in Nazi Germany.

In the Mormon genetic program, the Mormons had been running a similar obsessive program for reproducing blonde babies. They called it, "polygamy." The program was very similar to the Nazis' but it lasted much longer. The Nazis only did that insane effort from 1935 to 1945. The Mormons started in 1835 and never stopped.



Photo: BBC World Service - Witness History, Lebensborn Babies

# The Nazi Lebensborn Program for the Reproduction of the Aryan Race and the Utah Mormons Master Race Eugenics Program

The German Lebensborn Program for the Reproduction of the Aryan Race was created In 1939. The Nazis started to kidnap children from foreign countries – mainly from Yugoslavia and Poland, but also including Russia, Ukraine, Czechoslovakia, Romania, Estonia, Latvia, and Norway – for the Lebensborn program.  The Mormons' Genetic Program started in 1835.

It is estimated that some 20,000 such babies were bred during the 12 years of the Third Reich (1933–45), principally in Germany and Norway.

Art and Culture — Amravín de Schur © German Studies   2022



Photo: Children of the Lebensborn Program, The German Holocaust Museum



Photo: Mothers and Babies of the Lebensborn Program. Getty Images.

The Mormon Inbreeding and Polygamy Genetic Programs and the Lebensborn Nazi Program for the Reproduction of the Aryan Race are very similar. The main difference is that the mormons did not create concentration camps to exterminate "life unworthy of living" and the Nazis did not inbreed. But both groups created a system of doctrinal persecution against the Jews, people of color and native Americans. Both groups contributed to the mass extermination of the ethnic minorities through direct assassinations or through economic starvation. Even today, the ethnic minorities face discrimination in Utah for being "of color."



The relationship between the National Socialists (or Nazi party) and the LDS church has always been problematic. The similarities in their treatment of women as reproductive cattle for the Reich / Kingdom of Heaven are terrifying. In both programs the women were denied the right to reject participation for the reproduction of the produce babies. In Mormonism they were forced through inductive manipulation of their libido through psychosexual strategies of control, in Nazi Germany they were threatened with death in the concentration camps.  Only the survivors of Lebensborn  received professional Trauma Therapy.



BBC Photo: Children of the Lebensborn Program have continued to expose their histories.