THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANA MARIA RAVINES de SCHUR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LORI BERNTSEN and COLEMEN PLUMMER, <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:22-cv-13 <br><br> District Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

The Report and Recommendation issued by United States Magistrate Judge Daphne A. Oberg recommends that the court dismiss Plaintiffs' complaint with prejudice pursuant to 28 U.S.C. § 1915(e) because Plaintiffs have failed to state a claim for which relief can be granted.[1] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72. No party filed an objection.[2] Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the Magistrate Judge's analysis and conclusions are sound, the court ADOPTS the Report and Recommendation.

---

[1] ECF No. 29, filed 04/07/2022.

[2] After the deadline for filing objections passed, Plaintiffs filed what they characterized as an "amended complaint" along with exhibits. *See* ECF Nos. 33–35. These filings not only contain no objections to the R&R, but also are without legal effect. Because the court ordered Plaintiffs to file any amended complaint February 18, 2022, the "amended complaint" Plaintiffs filed was untimely. *See* ECF No. 14. In any event, Plaintiffs' "amended complaint" does nothing to cure the deficiencies of Plaintiffs' original complaint Judge Oberg identified in her R&R. *See* ECF No. 29.

Accordingly, Plaintiff's action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e).

Signed April 29, 2022.

BY THE COURT

David Barlow
United States District Judge