Lori Berntsen

Address: withheld for privacy concerns

Phone: 801-550-3456

**FILED**
**2023 MAR 22**
**CLERK**
**U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Nathan Schur, Ana Maria Ravines de Schur, Jessica Johannes<br><br>Plaintiff(s)<br><br>vs.<br><br>Lori Berntsen, Lori Bernsten, Coleman Plummer<br><br>Defendant(s) | MOTION to/for: Move to seal this case and make it private<br><br>Case No: 2:22-cv-00013<br><br>Presiding Judge: David Barlow<br><br>Referring Judge: Daphne A Oberg |

      I, Lori Berntsen, representing myself without a lawyer, move to seal Case No. 2:22-cv-00013 and make it private under the following statute(s)/rules(s) (if known): DUCivR 5.2-1; DUCivR 7-1 (assumed) for the following reason(s):

1. Redaction of Personal Identifiers and Protected Information
2. Motion to Strike Evidence Improper

I was granted a Protective Order on November 02, 2020 from Nathan Uriel Schur. Case No. 2:22-cv-00013 is baseless, defamatory, and is putting personal identifiers and protected information, not to mention erroneous and improper 'evidence,' in the public domain for which I'm seeking redaction. This case was dismissed with prejudice on

April 29, 2022. Additional appeals to the Tenth Circuit U.S. Court of Appeals were Dismissed on August 10, 2022. Considering this case has been dismissed with prejudice and all additional appeals dismissed, I'm seeking immediate resolution by sealing Case No. 2:22-cv-00013 and making it private.

**PROTECTIVE ORDER**

I was granted a Protective Order on November 02, 2020 from Nathan Uriel Schur:

- Court: 3rd District Court Salt Lake
- Case No: 204903347
- District: Third
- County: Salt Lake
- State: Utah
- Judge: Steven Beck

It contains the following orders:

- Personal Conduct Order
- No Contact Order
- Stay Away Order (500 ft)
- Expires on 11-02-2030

Other person(s) protected by this Order is Coleman Plummer, my son. Because of listing him in my Protective Order, he now has been dragged into the baseless, defamatory and slanderous claims listed in this spurious Federal Case No 2:22-cv-00013. Making this case private will help further protect my son and me, our identities, and our good reputations within the community.

**PROTECTIVE ORDER VIOLATIONS (DV)**

Despite having a protective order in place, Nathan Schur has continued to violate the protective order, harassing me and my family. This lawsuit—the second he's filed against me—is another form of harassment by Nathan Schur, his mother Ana Maria Ravines de Schur and friend Jessica Johannes (both of whom I've never met). Nathan has utilized his network of friends and family to harass me on his behalf, threatening me to 'drop the charges,' all while accruing more Protective Order Violation Third Degree

Felony charges. This network includes his mother, Ana Maria Ravines de Schur, whose court filings demonstrate the in-depth online surveillance she's conducted into my life, and is filled with completely false, contrived and ludicrous allegations cloaked as 'evidence.' Making this case private will hopefully stop the Plaintiffs' relentless delving into our personal information to justify the innumerable ways they continue to break the law with unwanted contact.

**STATE OF UTAH vs NATHAN URIEL SCHUR**

Nathan is currently being prosecuted by the State of Utah in the Third District Court, Salt Lake County, in four criminal domestic violence cases of which I am the VICTIM. He fled the country last year to Canada, and was arrested as a fugitive of the law in Washington on August 24,2022 before being extradited to Utah on September 6, 2022. He is incarcerated in Salt Lake County Jail on multiple No Bail Warrants as a result of the domestic violence crimes committed against ME. The cases thus far include:

**DAO # 20011023, CASE No. 20-53524**
Count 1 - Stalking, Third Degree Felony
Count 2 - Distribution of Pornography by an Adult, Third Degree Felony
Count 3 - Distribution of Pornography by an Adult, Third Degree Felony

**DAO #21017575, Case No. 21-192658**
Count 1 - Violation of a Pre-Trial Protective Order, Third Degree Felony
Count 2 - Tampering with a Witness, Third Degree Felony

**DAO #20015842, Case No. 20-104765**
Count 1 - Stalking, Third Degree Felony
Count 2 - Violation of a Protective Order, Class A Misdemeanor
Count 3 - Violation of a Protective Order, Class A Misdemeanor
Count 4 - Violation of a Protective Order, Class A Misdemeanor
Count 5 - Violation of a Protective Order, Class A Misdemeanor

**DAO# 22.010704, Case No. 22-804165**

Count 1 - Stalking Current or Former Cohabitant, Third Degree Felony

Count 2 - Violation of a Protective Order, Third Degree Felony

Count 3 - Violation of a Protective Order, Third Degree Felony

Count 4 - Violation of a Protective Order, Third Degree Felony

I am seeking immediate sealing of Case No. 2:22-cv-00013—protecting both me and my son from more defamation in the public domain—so I can continue focusing on advocating for my rights as the VICTIM in these ongoing civil cases against Nathan Uriel Schur.

DATED: 22nd of March, 2023          Signature: _____

CERTIFICATE OF SERVICE

I certify that on March 22nd, 2023, a copy of the above was served by EMAIL to the following:

Ana Maria Ravines de Schur: amravinworks@gmail.com; amravin@gmail.com
Jessica Johannes: jessjohannes@icloud.com
Nathan Schur: legal@nathanschur.com; legal.deschur@gmail.com

Dated: 22nd of March, 2023          Signature: _____